IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GARY W. DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV106-156 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's

final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for

further consideration in accordance with the Court's opinion.

SO ORDERED this _13th_ day of December, 2007, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE